UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: )
)
**ANNIE K. TUMLIN** ) CASE NO.: 02-01648-TBB-13
)
)
**Debtor(s).** )

## TRUSTEE'S OBJECTION TO CLAIM

COMES NOW D. Sims Crawford, Chapter 13 Standing Trustee, and hereby objects to the following filed proof of claim:

| CLAIM NO. | CLAIMANT | AMOUNT |
|---|---|---|
| 014 | Accelerated Transportation Solutions | $ 6,955.78 |

Basis for Objection

☐ Name of Debtor should be inserted.
☐ Debtor(s)' case number should be inserted.
☐ Form not signed by creditor/attorney/agent.
☒ Other: Distribution checks for July 2006, August 2006 and September 2006 have been returned by the US Postal Service, unable to locate new address for creditor.

/s/ D. Sims Crawford
D. Sims Crawford
Chapter 13 Standing Trustee
P.O. Box 10848
Birmingham, AL 35202
(205) 323-4631

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Objection on the following by U.S. Mail or email on this the 13th day of October, 2006.

Steven D. Altmann, Esq.
Attorney for Debtor
saltmann@najjar.com

Accelerated Transportation Solutions
Claimant
P. O. Box 410461
Salt Lake City, UT 84141-0461

/s/ D. Sims Crawford
jbc                                              TRUSTEE